UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE PRICE,<br><br>    Plaintiff,<br><br>    v.<br><br>E. MARTINEZ, et al.,<br><br>    Defendants. | Case No. 25-cv-05711-JCS<br><br>**ORDER OF TRANSFER** |

Plaintiff, a prisoner at California State Prison, Lancaster ("CSP-Lancaster"), proceeding pro se, filed this civil rights action under 42 U.S.C. § 1983.[1] He complains about events occurring in at CSP-Lancaster, where the Defendants are also located. CSP-Lancaster is located in Los Angeles County.

When, as here, jurisdiction is not founded on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). Where a case is filed in the wrong venue, the district court has the discretion either to dismiss the case or transfer it to the proper federal court "in the interest of justice." 28 U.S.C. § 1406(a).

Plaintiff's allegations arise out of events occurring in Los Angeles County, and Defendants are located there. Los Angeles lies within the venue of the United States District Court for the Central District of California. *See* 28 U.S.C. § 84. Accordingly, in the interest of justice and

---

[1] Three deceased individuals are also named as Plaintiffs, but representatives of their estates did not sign the complaint.

1  pursuant to 28 U.S.C. § 1406(a), this case is TRANSFERRED to the United States District Court
2  for the Central District of California.
3      The Clerk of the Court shall transfer this matter forthwith.  This Court defers to the Central
4  District for ruling on the application for leave to proceed in forma pauperis.
5      The Clerk shall terminate docket numbers 6 and 7 from this Court's docket.
6      **IT IS SO ORDERED.**
7  Dated: August 22, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge

United States District Court
Northern District of California

2