_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# JS-6

**CIVIL MINUTES – GENERAL**

Case No.: 2:25-cv-08209-FWS-MBK                    Date: February 25, 2026
Title: Eugene L. Price v. Sgt E. Martinez *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                    Attorneys Present for Defendants:

Not Present                                                Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PAY INITIAL FILING FEE AND/OR PROSECUTE**

On September 25, 2025, the court granted Plaintiff Eugene Leon Price's request to proceed *in forma pauperis* and directed him to pay an initial partial filing fee of $2.51 immediately. (Dkt. 15.) The court warned Plaintiff that "this case may be dismissed if that amount is not received by the [c]ourt within 30 days." (*Id.*)

On November 5, 2025, Plaintiff filed a motion for an extension of time. (Dkt. 16.) The court construed this motion as a request for an extension of time to pay the initial partial filing fee. (Dkt. 17.) Finding good cause, and in the interests of justice, the court granted this request and extended the deadline to pay the initial filing fee of $2.51 to and including December 12, 2025. (*Id.*) The court warned Plaintiff that failure to pay the initial filing fee by the deadline may "result in a recommendation that the action be dismissed for failure to pay the filing fees and/or prosecute pursuant to Federal Rule of Civil Proc. 41(b)." (*Id.*)

As of the date of this Order, February 25, 2026, Plaintiff has not paid the initial partial filing fee. (*See generally* Dkt.) It appears that Plaintiff has enough funds to pay the initial partial filing fee based on Plaintiff's inmate statement report which shows a balance of $10.00. (*See* Dkt. 20.) Because Plaintiff has failed to pay the initial partial filing fee by the December 12, 2025, deadline, despite the court's warning, this case is **DISMISSED WITHOUT PREJUDICE**.

_____

**CIVIL MINUTES – GENERAL**                                                              1